UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

SWISS LIFE HOLDING AG; SWISS LIFE
INVESTMENT MANAGEMENT HOLDING AG;
SWISS LIFE ASSET MANAGEMENT AG;
SWISS LIFE FUNDS AG; SWISS LIFE
(BELGIUM) S.A.; SWISS LIFE ASSET
MANAGEMENT GMBH; AND SWISS LIFE
ASSET MANAGEMENT (NEDERLAND) B.V.,

Plaintiffs,

-against-

VIVENDI, S.A., JEAN-MARIE MESSIER
and GUILLAUME HANNEZO,

Defendants.



No. 07 CIV 9593

JURY TRIAL DEMANDED



RECEIVED
OCT 26 2007
U.S.D.C. S.D.N.Y.
CASHIERS

## RULE 7.1 DISCLOSURE STATEMENT

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure and to enable District Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel for Swiss Life Holding AG ("SLH"); Swiss Life Investment Management Holding AG ("SLIM"); Swiss Life Asset Management AG; Swiss Life Funds AG; Swiss Life (Belgium) S.A.; Swiss Life Asset Management GmbH; and Swiss Life Asset Management (Nederland) B.V. (collectively, "Plaintiffs") certifies that (1) SLIM and Swiss Life (Belgium) S.A. are either directly or indirectly wholly-owned subsidiaries of SLH; (2) the following entities, in turn, are wholly-owned subsidiaries of SLIM: Swiss Life Asset Management AG; Swiss Life Funds AG; Swiss Life Asset Management GmbH; and Swiss Life Asset Management (Nederland) B.V.; (3) SLH is publicly traded on the virt-x Exchange, a Recognised Investment

Exchange ("RIE") based in London, England under the ticker symbol "SLHN." and (4) there is no publicly-held corporation other than SLH that owns more than 10% of Plaintiffs.

The undersigned counsel of record for Plaintiffs certifies that they are not aware of any interested parties other than those participating in the case.

Dated:  New York, NY
        October 26, 2007

**GRANT & EISENHOFER P.A.**

By: _____
    Stuart M. Grant (SG-8157)
    James J. Sabella (JS-5454)
    Diane Zilka (DZ-9452)
    Christine M. Mackintosh
    485 Lexington Avenue
    29th Floor
    New York, NY  10017
    (646) 722-8500

**DIAZ REUS ROLFF & TARG LLP**
Alexander Reus (AR-4674)
100 SE Second Street, Suite 2610
Miami, Florida 33131
Telephone:  (786) 235-5000
Facsimile:  (786) 235-5005

*Attorneys for Plaintiffs*