UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------X
SWISS LIFE HOLDING AG, **ET AL.**,            CASE NO. 07 CIV. 9593
                Plaintiff(s),
  -against-                                **AFFIDAVIT OF SERVICE**

VIVENDI, S.A., **ET AL.**,
                Defendant(s).
--------------------------------------------------------X
STATE OF NEW YORK      )
                        : S.S.
COUNTY OF NEW YORK   )

    BOBBY ALI, being duly sworn, deposes and says that he is an employee of KEATING & WALKER ATTORNEY SERVICE, INC., is over the age of eighteen years and is not a party to the action.

    That on the 30th day of October, 2007, at approximately 3:55 p.m., deponent served a true copy of the **SUMMONS IN A CIVIL ACTION; COMPLAINT; ECF FILING INSTRUCTIONS and JUDGE'S RULES** upon Jean-Marie Messier c/o Messier Partners, LLC at One Rockefeller Plaza, Suite 1502, New York, New York 10020 by personally delivering and leaving the same with Sophie Lapoujade, Intern, who is a person of suitable age and discretion, at that address, the actual place of business of the defendant. At the time of service deponent asked whether the defendant is in active military service for the United States or for the State in any capacity whatsoever or dependent upon such person and received a negative reply.

    Sophie Lapoujade is a white female, approximately 26 years of age, is approximately 5 feet and 5 inches tall, weighs approximately 120 pounds, with long black hair and dark eyes and was wearing glasses.

(1)

      That on the 2nd day of November, 2007 deponent served another copy of the foregoing upon the defendant by enclosing a true copy thereof in a securely sealed and postpaid wrapper with the words "PERSONAL and CONFIDENTIAL" written on the same, and not indicating on the outside that it is from an attorney or concerns a legal matter, and depositing the same into an official depository maintained by the Government of the United States, City and State of New York, addressed as follows:

**Jean-Marie Messier**
**c/o Messier Partners, LLC**
**One Rockefeller Plaza, Suite 1502**
**New York, New York 10020**

Sworn to before me this
2nd day of November, 2007

BOBBY ALI #871612

MICHAEL J. KEATING
NOTARY PUBLIC, STATE OF NEW YORK
Reg. No. 01-KE-4851559
Qualified in New York County
Commission expires February 3, 2010

(2)

AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

Southern        District of        New York

SWISS LIFE HOLDING AG, et al.

V.

VIVENDI, S.A., JEAN-MARIE MESSIER
and GUILLAUME HANNEZO

**SUMMONS IN A CIVIL ACTION**

CASE NUMBER:

**07 CIV 9593**

TO: (Name and address of Defendant)

Jean-Marie Messier
c/o Messier Partners, LLC
One Rockefeller Plaza
Suite 1502
New York, NY 10020

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Stuart M. Grant
James J. Sabella
GRANT & EISENHOFER P.A.
485 Lexington Avenue
29th Floor
New York, NY 10017

an answer to the complaint which is served on you with this summons, within ___20___ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

J. MICHAEL McMAHON

CLERK

_(signature)_

(By) DEPUTY CLERK

DATE    OCT 2 6 2007