UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | | |
|---|---|---|
| IN RE VIVENDI UNIVERSAL, S.A. SECURITIES LITIGATION<br><br>This document relates to: | | |
| 07 Civ. 5742 | 07 Civ. 7370 | |
| 07 Civ. 7775 | 07 Civ. 7776 | |
| 07 Civ. 7778 | 07 Civ. 7779 | |
| 07 Civ. 7863 | 07 Civ. 7803 | |
| 07 Civ. 8208 | 07 Civ. 8156 | |
| 07 Civ. 9229 | 07 Civ. 8830 | 02 Civ. 5571 (RJH/HBP) |
| 07 Civ. 9593 | 07 Civ. 10578 | ECF CASE |
| 07 Civ. 10954 | 07 Civ. 10995 | |
| 07 Civ. 11092 | 07 Civ. 11305 | |
| 07 Civ. 11483 | 07 Civ. 11484 | |
| 07 Civ. 11485 | 07 Civ. 11628 | |
| 08 Civ. 0024 | 08 Civ. 0116 | |
| 08 Civ. 0117 | 08 Civ. 0418 | |
| 08 Civ. 1111 | 08 Civ. 0950 | |
| 08 Civ. 01973 | 08 Civ. 1938 | |
| 08 Civ. 01983 | 08 Civ. 01974 | |
| 08 Civ. 01985 | 08 Civ. 01975 | |

**NOTICE OF MOTION OF DEFENDANTS' MOTION
FOR PARTIAL SUMMARY JUDGMENT AGAINST INDIVIDUAL
PLAINTIFFS FOR FAILURE TO ESTABLISH RELIANCE**

PLEASE TAKE NOTICE that, upon the Memorandum of Law, dated August 15, 2008, the Declaration of Douglas J. Dixon, executed on August 15, 2008, and exhibits thereto, the Statement Pursuant to Civil Rule 56.1, and all prior pleadings and proceedings herein, Defendants Vivendi, S.A., Jean-Marie Messier and Guillaume Hannezo hereby move this Court, before Judge Richard J. Holwell, at the Courthouse, 500 Pearl Street, New York, New York, for summary judgment pursuant to Fed. R. Civ. P. 56(b) on all claims brought by Plaintiffs in the above-captioned individual actions under Section 18 of the Securities and Exchange Act of 1934, as well as all claims for common law fraud and negligent misrepresentation, as set forth in more

detail in the accompanying memorandum of law; and granting such other and further relief as the Court deems just and proper.

August 15, 2008.

| KING & SPALDING LLP | CRAVATH, SWAINE & MOORE LLP, |
|---|---|
| Michael J. Malone<br>Paul A. Straus<br>Lisa Albert | by  /s/ Paul C. Saunders<br>Paul C. Saunders<br>Daniel Slifkin<br>Michael A. Paskin<br>Michael T. Reynolds<br>Timothy G. Cameron<br>Members of the Firm |
| 1185 Avenue of the Americas<br>New York, NY 10036<br>(22) 556-2136<br>pstraus@kslaw.com | |
| | Worldwide Plaza<br>825 Eighth Avenue<br>New York, NY 10019<br>(212) 474-1000<br>psaunders@cravath.com |
| *Attorneys for Defendant Jean-Marie Messier* | *Attorneys for Defendant Vivendi, S.A.* |
| SCHULTE ROTH & ZABEL LLP | WEIL GOTSHAL & MANGES LLP |
| Martin L. Perschetz<br>Michael E. Schwartz<br>Einat Philip | James W. Quinn<br>Jonathan D. Polkes<br>Penny P. Reid |
| 919 Third Avenue<br>New York, NY 10022<br>(212) 756-2247<br>martin.perschetz@srz.com | 767 Fifth Avenue<br>New York, NY 10153<br>(212) 310-8000<br>james.quinn@weil.com |
| *Attorneys for Defendant Guillaume Hannezo* | *Attorneys for Defendant Vivendi, S.A.* |

TO :

Diane Zilka, Esq.
    Grant & Eisenhofer P.A.
        Chase Manhattan Centre
            1201 North Market Street
                Wilmington, DE 19801

*Attorneys for Individual Plaintiffs in Nos. 07 Civ. 7370, 07 Civ. 7779, 07 Civ. 7778, 07 Civ. 7776, 07 Civ. 7775, 07 Civ. 7803, 07 Civ. 7863, 07 Civ. 8208, 07 Civ. 953, 07 Civ. 11485, 08 Civ. 0024, 08 Civ. 0116, 08 Civ. 0117, 08 Civ. 1938, 08 Civ. 01985*

Anthony J. Harwood, Esq.
    Labaton Sucharow LLP
        140 Broadway
            New York, NY 10005

*Attorneys for Individual Plaintiffs in Nos. 07 Civ. 5742, 07 Civ. 10995, 07 Civ. 11305, 07 Civ. 11483, 07 Civ. 11484, 08 Civ. 0418*

Michael Elsner, Esq.
    Motley Rice LLC
        28 Bridgeside Boulevard
            Mount Pleasant, SC 29464

*Attorneys for Individual Plaintiffs in Nos. 07 Civ. 8830, 07 Civ. 10578, 07 Civ. 10954, 07 Civ. 11628, 08 Civ. 0950, 08 Civ. 1111, 08 Civ. 01983*

Stuart L. Berman, Esq.
    Schiffrin Barroway Topaz & Kessler, LLP
        280 King of Prussia Road
            Radnor, PA 19087

*Attorneys for Individual Plaintiffs in Nos. 07 Civ. 8156, 07 Civ. 9929, 07 Civ. 11092, 08 Civ. 1973, 08 Civ. 1974, 08 Civ. 1975*