UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

IN RE VIVENDI UNIVERSAL, S.A. SECURITIES
LITIGATION

This document relates to:

| | |
|---|---|
| 07 Civ. 5742 | 07 Civ. 7370 |
| 07 Civ. 7775 | 07 Civ. 7776 |
| 07 Civ. 7778 | 07 Civ. 7779 |
| 07 Civ. 7863 | 07 Civ. 7803 |
| 07 Civ. 8208 | 07 Civ. 8156 |
| 07 Civ. 9229 | 07 Civ. 8830 |
| 07 Civ. 9593 | 07 Civ. 10578 |
| 07 Civ. 10954 | 07 Civ. 10995 |
| 07 Civ. 11092 | 07 Civ. 11305 |
| 07 Civ. 11483 | 07 Civ. 11484 |
| 07 Civ. 11485 | 07 Civ. 11628 |
| 08 Civ. 0024 | 08 Civ. 0116 |
| 08 Civ. 0117 | 08 Civ. 0418 |
| 08 Civ. 1111 | 08 Civ. 0950 |
| 08 Civ. 01973 | 08 Civ. 1938 |
| 08 Civ. 01983 | 08 Civ. 01974 |
| 08 Civ. 01985 | 08 Civ. 01975 |

02 Civ. 5571 (RJH/HBP)
ECF CASE

---

## NOTICE OF MOTION OF DEFENDANTS FOR PARTIAL SUMMARY JUDGMENT AGAINST INDIVIDUAL PLAINTIFFS FOR LACK OF STANDING

PLEASE TAKE NOTICE that, upon the Memorandum of Law, dated August 15, 2008, the Declaration of Damaris Hernández, executed August 15, 2008, with exhibits thereto, the Statement Pursuant to Civil Rule 56.1, and upon all prior pleadings and proceedings herein, Defendants Vivendi, S.A., Jean-Marie Messier and Guillaume Hannezo[1] hereby move this Court,

---

[1] Mr. Hannezo joins in this motion as to (a) Capitalia Asset Management SGR, S.p.A. v. Vivendi Universal, S.A., No. 07 Civ. 5742 (the only action in which he has been properly served); and (b) Pioneer Investments Austria, GmbH v. Vivendi Universal, S.A., No. 07 Civ. 10578 (as to which the Court has ordered that Mr. Hannezo respond to discovery requests). Mr. Hannezo has moved to dismiss the other Individual Actions for failure to serve him with process.

before Judge Richard J. Holwell, at the Courthouse, 500 Pearl Street, New York, New York, for

summary judgment pursuant to Fed. R. Civ. P. 56(b) on claims brought by Plaintiffs in the

above-captioned individual actions , as set forth in more detail in the accompanying

memorandum of law; and granting such other and further relief as the Court deems just and

proper.

August 15, 2008.


KING & SPALDING LLP                      CRAVATH, SWAINE & MOORE LLP,

    Michael J. Malone              by   *Paul C. Saunders*
    Paul A. Straus                 _____
    Lisa Albert                        Paul C. Saunders
                                            Daniel Slifkin
    1185 Avenue of the Americas        Michael A. Paskin
    New York, NY 10036                 Michael T. Reynolds
    (22) 556-2136                      Timothy G. Cameron
       pstraus@kslaw.com           Members of the Firm

                                            Worldwide Plaza
                                            825 Eighth Avenue
    *Attorneys for Defendant Jean-Marie*       New York, NY 10019
    *Messier*                           (212) 474-1000
                                               psaunders@cravath.com

                                            *Attorneys for Defendant Vivendi, S.A.*

---

To the extent that motion is denied with respect to some or all of the other Individual Actions,
Mr. Hannezo joins in this motion as to those actions as well.

SCHULTE ROTH & ZABEL LLP

    Martin L. Perschetz
    Michael E. Schwartz
    Einat Philip

    919 Third Avenue
      New York, NY 10022
        (212) 756-2247
          martin.perschetz@srz.com

    *Attorneys for Defendant Guillaume*
*Hannezo*


WEIL GOTSHAL & MANGES LLP

    James W. Quinn
    Jonathan D. Polkes
    Penny P. Reid

    767 Fifth Avenue
      New York, NY 10153
        (212) 310-8000
          james.quinn@weil.com

    *Attorneys for Defendant Vivendi, S.A.*


TO:

Diane Zilka, Esq.
    Grant & Eisenhofer P.A.
      Chase Manhattan Centre
        1201 North Market Street
          Wilmington, DE 19801

*Attorneys for Individual Plaintiffs in Nos. 07 Civ. 7370, 07 Civ. 7779, 07 Civ. 7778, 07 Civ. 7776, 07 Civ. 7775, 07 Civ. 7803, 07 Civ. 7863, 07 Civ. 8208, 07 Civ. 953, 07 Civ. 11485, 08 Civ. 0024, 08 Civ. 0116, 08 Civ. 0117, 08 Civ. 1938, 08 Civ. 01985*

Anthony J. Harwood, Esq.
    Labaton Sucharow LLP
      140 Broadway
        New York, NY 10005

*Attorneys for Individual Plaintiffs in Nos. 07 Civ. 5742, 07 Civ. 10995, 07 Civ. 11305, 07 Civ. 11483, 07 Civ. 11484, 08 Civ. 0418*

Michael Elsner, Esq.
    Motley Rice LLC
      28 Bridgeside Boulevard
        Mount Pleasant, SC 29464

*Attorneys for Individual Plaintiffs in Nos. 07 Civ. 8830, 07 Civ. 10578, 07 Civ. 10954, 07 Civ. 11628, 08 Civ. 0950, 08 Civ. 1111, 08 Civ. 01983*

Stuart L. Berman, Esq.
   Schiffrin Barroway Topaz & Kessler, LLP
      280 King of Prussia Road
         Radnor, PA 19087

*Attorneys for Individual Plaintiffs in Nos. 07 Civ. 8156, 07 Civ. 9929, 07 Civ. 11092, 08 Civ. 1973, 08 Civ. 1974, 08 Civ. 1975*